# UNITED STATES DISTRICT COURT
## District of South Carolina

RECEIVED
PC CLERK, FLORENCE S

2012 SEP 18 A 9: 51

UNITED STATES OF AMERICA

vs.

ANTHONY AUDINO

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 4:11cr2249-TER (2)

USM Number: 23425-171

T. Kirk Truslow, retained
Defendant's Attorney

**THE DEFENDANT:**

■ pleaded guilty to count(s) 1 of the information  on 6/14/12
☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
☐ was found guilty on count(s) after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:1012 | Please see information | 11/16/06 | 1 |

     The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____
■ Count(s)  1 of the indictment      ■ is ☐are    dismissed on the motion of the United States.
☐ Forfeiture provision is hereby dismissed on motion of the United States Attorney.

     It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

September 14, 2012
Date of Imposition of Judgment

Signature of Judge

Hon. Thomas E Rogers III, U.S. Magistrate Judge

Name and Title of Judge

Sept. 17, 2012
Date

DEFENDANT: ANTHONY AUDINO
CASE NUMBER: 4:11cr2249-TER

## PROBATION

Having calculated and considered the advisory sentencing guidelines and having also considered the relevant statutory sentencing factors contained in 18 U.S.C. § 3553(a), it is the judgment of the Court that the defendant, **ANTHONY AUDINO**, is hereby placed on probation for a term of four (4) years.

It is further ordered the defendant shall pay restitution in the amount of $342,023.57 to Ally Financial. Interest is waived on this amount. Restitution is due in full immediately and is joint and several with Stancil Ford Shelley, Jr. (Dkt. No. 4:11CR02242-001).

While on probation, the defendant shall comply with the mandatory and standard conditions of supervision as outlined in 18 USC 3563 (a)& (b). The defendant shall also comply with the following special conditions:    1)1. While on probation, the Defendant shall be placed on home confinement for a period of six (6) months;  which shall include a curfew from 12 AM - 5 AM daily.
2) The defendant shall pay any unpaid restitution to the Clerk, U. S. District Court, at a rate of $250.00 per month beginning immediately. The Court reserves the right to adjust payments based on the Defendant's ability to pay. 3) The defendant shall submit financial documents and verification of income to the U.S. Probation Office as requested.

It appears that the Defendant does not have the ability to pay a fine; therefore, the fine is waived. The Defendant shall pay the mandatory $25.00 special assessment fee which is due immediately.

The Court will consider early termination of probation after $10,000.00 restitution has been paid and the Defendant has completed twenty-four (24) months of Probation provided Defendant has complied with all other conditions of probation.

The defendant shall not commit another federal, state or local crime. The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐      The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

☐      The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☐      The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐      The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐      The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment. The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)      the defendant shall not leave the judicial district without the permission of the court or probation officer;
2)      the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.
3)      the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4)      the defendant shall support his or her dependents and meet other family responsibilities;
5)      the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6)      the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7)      the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8)      the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)      the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted o a felony, unless granted permission to do so by the probation officer;
10)      the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11)      the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12)      the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13)      as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: ANTHONY AUDINO
CASE NUMBER: 4:11cr2249-TER

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | **$25.00** | **$** | **$ 342,023.57** |

☐  The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case(AO245C)* will be entered after such determination.

■  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless otherwise specified in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Ally Financial (formerly GMAC Mortgage Corp) | $342,023.57 | $342,023.57 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTALS** | **$342,023.57** | **$342,023.57** | |

☐  Restitution amount ordered pursuant to plea agreement  **$** _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 5 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

■  The court determined that the defendant does not have the ability to pay interest and it is ordered that:
    ■      The interest requirement is waived for the ☐ fine ■ restitution.
    ☐      The interest requirement for the ☐ fine ☐ restitution is modified as follows:

**Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: ANTHONY AUDINO
CASE NUMBER: 4:11cr2249-TER

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ■    Lump sum payment of $25.00 special assessment  due immediately, balance due $342,023.57

   ☐ not later than _____ , or

   ■ in accordance with   ■ C,    ☐ D, or    ☐ E, or ☐ F below: or

B  ☐    Payment to begin immediately (may be combined with  ☐ C,    ☐ D, or   ☐ F below); or

C  ■    Payment in equal  monthly  installments of $250.00 , to commence immediately; or

D  ☐    Payment in equal _____(weekly, monthly, quarterly) installments of $_____ over a period of
   _____(e.g., months or years), to commence_____ *(30 or 60 days)* after release from imprisonment to a term of
   supervision; or

E  ☐    Payment during the term of supervised release will commence within (e.g., 30 or 60 days) after release from imprisonment. The
   court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☐    Special instructions regarding the payment of criminal monetary penalties:


Unless the court has expressly ordered otherwise, if this judgment imposes  imprisonment, payment of criminal monetary penalties is due
during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate
Financial Responsibility Program, are made to the clerk of court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

■    Joint and Several

   Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount,
   and corresponding payee, if appropriate.

4:11-cr-02249-TER-1 Linda Audino ( co defendant) - Ally Financial & Cadles of Grassy Meadows - $421,132.51

4:11-cr-02249-TER-2 Anthony Audino  (defendant) - Ally Financial - $342,023.57

4:11cr02242-TLW-1 Stancil Ford Shelley Jr


☐    The defendant shall pay the cost of prosecution.

☐    The defendant shall pay the following court cost(s):

☐    The defendant shall forfeit the defendant's interest in the following property to the United States:

As directed in the Preliminary Order of Forfeiture, filed_____ and the said order is incorporated herein as part of this judgment.


Payments shall be applied in the following order:  (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,
(5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.